IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | 2:05-cr-100-GEB | |
| LAURA AGNEW, TOMMY WILLIAMS, ) | | |
| ) | | |
| Defendants. ) | | |
| ──────────────────────────── ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | 2:05-cr-106-LKK | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | RELATED CASE ORDER | |
| CAROLYN WILLIAMS, LEONARD ) | | |
| WILLIAMS, and TRUMAN JEFFERSON, ) | | |
| ) | | |
| Defendants. ) | | |

      Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123. The actions arise out of the same alleged conspiracy to commit financial aid fraud and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1    The parties should be aware that relating the cases under
Local Rule 83-123 merely has the result that the actions are assigned
to the same judge; no consolidation of the actions is effected.  Under
the regular practice of this court, related cases are generally
assigned to the judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:05-cr-106-LKK is reassigned to Judge Garland E. Burrell, Jr., for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  November 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge