CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAURA AGNEW
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-05-100-GEB |
| ) | |
| Plaintiff, ) | **MOTION and ORDER ACCEPTING** |
| ) | **WAIVER OF PERSONAL APPEARANCE** |
| v. ) | **AT ARRAIGNMENT** |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Defendant, LAURA AGNEW, by and through her counsel, hereby moves this court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure to permit her to waive personal appearance at the arraignment on the Indictment in the within matter which the Government will set for early December, 2005, for the following reasons:

   1.   The defendant resides in Memphis, Tennessee.  She is elderly and ill.  She has been declared indigent and counsel has been appointed to represent her under the Criminal Justice Act.  Travel to this District for a one-day appearance would be unduly burdensome.

///

-1-

2. The defendant has filed herein a written waiver of her appearance affirming that she has received a copy of the Indictment, waives a formal reading of same, and enters a plea of not guilty.

3. The defendant made an initial appearance in the Western District of Tennessee pursuant to Rule 40 of the Federal Rules of Criminal Procedure on March 13, 2005, was released on her own recognizance on that date by Diane K. Vescovo, U.S. Magistrate Judge, and has remained under the supervision of Pretrial Services in that District to date.

4. Counsel for the Government, Kenneth J. Melikian, has stated to the undersigned that he has no objection to waiver of this defendant's appearance at arraignment.

Dated: November 28, 2005         Respectfully submitted,

/s/ CANDACE A. FRY
CANDACE A. FRY, Attorney for
LAURA AGNEW, Defendant.

**O R D E R**

For good cause shown, defendant Laura Agnew's request to waive her appearance at arraignment on the Indictment in this matter is hereby GRANTED.

Dated: December 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE