```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,     )  CR. NO. S-05-100 GEB
                                  )
12            Plaintiff,          )
                                  )  STIPULATION; ORDER
13       v.                       )
                                  )
14  LAURA AGNEW,                  )
                                  )
15                                )
              Defendant.          )
16  _____)
```

    Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for July 28, 2006.  The parties further stipulate that a status conference be placed on the court's September 8, 2006, calendar.

    Attorneys in a companion case, <u>United States v. Williams, et. al.</u>, CR. S-05-106 GEB, are requesting that a status conference be scheduled in that case for September 8, 2006. As the court has declared the <u>Williams</u> case and the instant case to be related, the parties in the instant case prefer that status conferences in both cases be held on the same date.  In addition,

1

1  Ms. Fry is still in the process of preparing the defendant's
2  case, and will continue to do so through September 8th.
3       Accordingly, both parties request that the status conference
4  in this case be continued to September 8, 2006.  All parties
5  agree that time should be excluded through September 8, 2006,
6  from computation under the Speedy Trial Act pursuant to local
7  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
8  defendant reasonable time to prepare her respective case  .

9  DATED: July 26, 2006                Respectfully submitted,

10                                     McGREGOR W. SCOTT
                                       United States Attorney

13                                     By:/s/ Kenneth J. Melikian
                                          KENNETH J. MELIKIAN
                                          Assistant U.S. Attorney

15 DATED: July 26, 2006                /s/ Kenneth J. Melikian
                                       CANDACE A. FRY
16                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
17                                     per  authorization by Candace A.
                                       Fry)

20      IT IS SO ORDERED.
21 Dated:  July 27, 2006

23                                     /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
24                                     United States District Judge

2