```
 1   DANIEL J. BRODERICK, Bar #89424
     Federal Defender
 2
     MARY M. FRENCH, Bar #126643
 3   Supervising Assistant Federal Defender
     Designated Counsel for Service
 4   801 I Street, 3rd Floor
     Sacramento, California 95814
 5   Telephone: (916) 498-5700

 6   Attorney for Defendant
     TRUMAN JEFFERSON
 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   UNITED STATES OF AMERICA,      )
                                     )
13                   Plaintiff,      )
                                     )  NO.  CR-S-05-106 GEB
14        v.                         )
                                     )
15   CAROLYN WILLIAMS, et al.,       )
                                     )
16                   Defendants.     )
                                     )
17   _____ )
                                     )
18   UNITED STATES OF AMERICA,       )  NO.  CR-S-05-100 GEB
                                     )
19                   Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING STATUS CONFERENCES
20        v.                         )
                                     )
21   LAURA AGNEW, TOMMY WILLIAMS,    )  Date:  November 17, 2006
                                     )  Time:  9:00 a.m.
22                   Defendants.     )  Judge: Garland E. Burrell, Jr.
23   _____ )
```

24       It is hereby stipulated and agreed to between the United States of

25   America through Ken Melikian, Assistant United States Attorney;

26   defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart;

27   defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley;

28   and TRUMAN JEFFERSON, by and through his counsel, Mary M. French,

1  Supervising Assistant Federal Defender, that the status conference

2  presently scheduled for October 27, 2006 be vacated and rescheduled for

3  status conference on November 17, 2006 at 9:00 a.m.  This continuance

4  is being requested due to the need for on-going defense investigation.

5      It is also stipulated and agreed to, in the related case of USA v.

6  Agnew, et al., CR-S-05-100, above, through Ken Melikian, Assistant United

7  States Attorney; defendant, LAURA AGNEW, by and through her counsel,

8  Candace Fry; and defendant, TOMMY WILLIAMS, by and through his counsel,

9  Michael B. Bigelow, that the status conference in that case,

10 presently scheduled for October 27, 2006 be vacated and rescheduled for

11 status conference on November 17, 2006 at 9:00 a.m.  This continuance

12 is also being requested due to the need for on-going defense

13 investigation.

14     IT IS FURTHER STIPULATED that the period from October 27, 2006

15 through and including November 17, 2006 should be excluded in both

16 cases above pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

17 based upon continuity of counsel and defense preparation.

18 Dated: October 20, 2006
                                Respectfully submitted,
19
                                DANIEL J. BRODERICK
20                              Federal Defender

21                              /s/ Mary M. French
22                              _____
                                MARY M. FRENCH
                                Supervising Assistant Federal
23                              Defender
                                Attorney for Defendant
24                              TRUMAN JEFFERSON

25
                                /s/ Mary M. French for
26                              _____
                                KRISTA HART
27                              Attorney for Defendant
                                CAROLYN WILLIAMS
28

1              /s/ Mary M. French for

2              _____
   ROBERT HOLLEY
3              Attorney for Defendant
   LEONARD WILLIAMS

4

5              /s/ Mary M. French for

6              _____
   CANDACE FRY
7              Attorney for Defendant
   LAURA AGNEW

8

9              /s/ Mary M. French for

10             _____
   MICHAEL B. BIGELOW
11             Attorney for Defendant
   TOMMY WILLIAMS

12

13
   Dated: October 20, 2006
14
              MCGREGOR W. SCOTT
15             United States Attorney

16             /s/ Mary M. French for

17             _____
   KEN MELIKIAN
18             Assistant U.S. Attorney
   per telephonic authority

19
                    O R D E R
20
   IT IS SO ORDERED.
21
   Dated:  October 20, 2006
22

23             _____
24   GARLAND E. BURRELL, JR.
   United States District Judge
25

26

27

28

Stip & Order                3