```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRUMAN JEFFERSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|               Plaintiff,  ) | NO.  CR-S-05-106 GEB |
|    v.                          ) | |
| CAROLYN WILLIAMS, et al.,       ) | |
|              Defendants. ) | |
| _____) | |
| UNITED STATES OF AMERICA,       ) | NO.  CR-S-05-100 GEB |
|              Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCES |
|    v.                          ) | |
| LAURA AGNEW, TOMMY WILLIAMS,    ) | Date: November 17, 2006<br>Time: 9:00 a.m. |
|              Defendants. ) | Judge: Garland E. Burrell, Jr. |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through Ken Melikian, Assistant United States Attorney; defendant, CAROLYN WILLIAMS, by and through her counsel, Krista Hart; defendant, LEONARD WILLIAMS, by and through his counsel, Robert Holley; and TRUMAN JEFFERSON, by and through his counsel, Mary M. French,

1  Supervising Assistant Federal Defender, that the status conference
2  presently scheduled for October 27, 2006 be vacated and rescheduled for
3  status conference on November 17, 2006 at 9:00 a.m.  This continuance
4  is being requested due to the need for on-going defense investigation.

5      It is also stipulated and agreed to, in the related case of *USA v.*
6  *Agnew, et al.*, CR-S-05-100, above, through Ken Melikian, Assistant
7  United States Attorney; defendant, LAURA AGNEW, by and through her
8  counsel, Candace Fry; and defendant, TOMMY WILLIAMS, by and through his
9  counsel, Michael B. Bigelow, that the status conference in that case,
10 presently scheduled for October 27, 2006 be vacated and rescheduled for
11 status conference on November 17, 2006 at 9:00 a.m.  This continuance
12 is also being requested due to the need for on-going defense
13 investigation.

14     IT IS FURTHER STIPULATED that the period from October 27, 2006
15 through and including November 17, 2006 should be excluded in both
16 cases above pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
17 based upon continuity of counsel and defense preparation.

18 Dated: October 20, 2006

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    TRUMAN JEFFERSON


                                    /s/ Mary M. French for
                                    _____
                                    KRISTA HART
                                    Attorney for Defendant
                                    CAROLYN WILLIAMS

Stip & Order                          2

```
                              /s/ Mary M. French for
                              _____
                              ROBERT HOLLEY
                              Attorney for Defendant
                              LEONARD WILLIAMS


                              /s/ Mary M. French for
                              _____
                              CANDACE FRY
                              Attorney for Defendant
                              LAURA AGNEW


                              /s/ Mary M. French for
                              _____
                              MICHAEL B. BIGELOW
                              Attorney for Defendant
                              TOMMY WILLIAMS
```

Dated: October 20, 2006

```
                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Mary M. French for
                              _____
                              KEN MELIKIAN
                              Assistant U.S. Attorney
                              per telephonic authority
```

## O R D E R

IT IS SO ORDERED.

Dated:  October 24, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                3