McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-05-100 GEB |
| Plaintiff, | |
| v. | STIPULATION; ORDER |
| LAURA AGNEW, and<br>TOMMY WILLIAMS, | |
| Defendants. | |

    Defendants Laura Agnew, through Candace A. Fry, Attorney At Law, and Tommy Williams, through Michael B. Bigelow, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 17, 2006.  The parties further stipulate that a status conference be placed on the court's January 12, 2007, calendar.

    A companion case, <u>United States v. Williams, et. al.</u>, CR. S-05-106 GEB, has a status conference scheduled for January 12, 2007.  As the court has previously declared the <u>Williams</u> case and the instant case to be related, the parties in the instant case prefer that status conferences in both cases be held on the same

1

1  date.  The parties are attempting to resolve the instant case,
2  and can efficiently use the time until January 12th to pursue
3  that attempt.
4      Accordingly, all parties request that the status conference
5  in this case be continued to January 12, 2007.  All parties
6  agree that time should be excluded through January 12, 2007, from
7  computation under the Speedy Trial Act pursuant to local code T4
8  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendants
9  reasonable time to prepare their respective cases.

10 DATED: November 17, 2006              Respectfully submitted,
11                                       McGREGOR W. SCOTT
                                         United States Attorney
12
13
                                         By:/s/ Kenneth J. Melikian
14                                          KENNETH J. MELIKIAN
                                            Assistant U.S. Attorney
15
16 DATED: November 17, 2006              /s/ Kenneth J. Melikian
                                         CANDACE A. FRY
17                                       Attorney for Defendant
                                          (Signed by Kenneth J. Melikian
18                                        per  authorization by Candace A.
                                          Fry)
19
20 DATED: November 17, 2006              /s/ Kenneth J. Melikian
                                         MICHAEL B. BIGELOW
21                                       Attorney for Defendant
                                          (Signed by Kenneth J. Melikian
22                                        per authorization by Michael B.
                                          Bigelow)
23
24     IT IS SO ORDERED.
25 Dated:  November 20, 2006
26
27                                       _____
                                         GARLAND E. BURRELL, JR.
28                                       United States District Judge

2