McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for February 9, 2007. The parties further stipulate that a status conference be placed on the court's March 9, 2007, calendar.

The United States has conveyed a plea offer to defense counsel. Defense counsel must now contact her client in Tennessee to discuss the government's offer. After she does so, further negotiations may be required. The government must then memorialize any negotiated plea agreement in writing. And finally, as it is likely that any guilty plea will be entered

1

1 | pursuant to Fed.R.Crim.P. 20, arrangements will have to be made
2 | to do so.  The parties are hopeful that they will be able to
3 | conclude this entire process by March 9, 2007.
4 |     Accordingly, all parties request that the status conference
5 | in this case be continued to March 9, 2007.  All parties agree
6 | that time should be excluded through March 9, 2007, from
7 | computation under the Speedy Trial Act pursuant to local code T4
8 | (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendants
9 | reasonable time to prepare their respective cases.
10 | DATED: February 8, 2007          Respectfully submitted,
11 |                                  McGREGOR W. SCOTT
                                      United States Attorney
12 |
13 |
                                      By:/s/ Kenneth J. Melikian
14 |                                      KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
15 |
16 | DATED: February 8, 2007          /s/ Kenneth J. Melikian
                                      CANDACE A. FRY
17 |                                  Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
18 |                                  per authorization by Candace A.
                                      Fry)
19 |
20 |
21 |     IT IS SO ORDERED.
22 | Dated:  February 9, 2007
23 |
24 |                                  _____
                                      GARLAND E. BURRELL, JR.
25 |                                  United States District Judge
26 |
27 |
28 |

2