CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAURA AGNEW,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LAURA AGNEW,<br><br>          Defendant. | No.  CR.S-05-100-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The parties in the within matter, by and through their respective counsel, hereby stipulate and agree that the status conference presently set for May 18, 2007, shall be continued for four weeks to June 15, 2007, at 9:00 a.m.

The purpose of this continuance is to allow counsel for both parties to discuss and finalize a written plea agreement and for the Government to prepare documents effecting a Rule 20 transfer of this case to the Western District of Tennessee, Western Division, where the defendant resides.

Accordingly, the parties further stipulate and agree to exclusion of time from date of the last status conference on April 13, 2007,

-1-

through June 15, 2007, for adequate preparation of counsel pursuant to 18 U.S.C. §3161(h)(B)(iv) (Local Code T-4).

Dated: May 17, 2007                    /s/ CANDACE A. FRY
                                       CANDACE A. FRY, Attorney for
                                       LAURA AGNEW, Defendant


Dated: May 17, 2007                    McGREGOR W. SCOTT
                                       United States Attorney

                                    By /s/ CANDACE A. FRY   for
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

                                       (Signed for Mr. Melikian with
                                       his prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: May 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge