McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-100 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| LAURA AGNEW, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 15, 2007.  The parties further stipulate that a status conference be placed on the court's August 17, 2007, calendar.

The United States has conveyed a plea offer to defense counsel.  Defense counsel has made a counter proposal.  The government is in the process of evaluating and assessing the defendant's proposal.

Accordingly, all parties request that the status conference in this case be continued to August 17, 2007.  All parties  agree

1

1  that time should be excluded through August 17, 2007, from
2  computation under the Speedy Trial Act pursuant to local code T4
3  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendants
4  reasonable time to prepare their respective cases.
5  DATED: August 16, 2007            Respectfully submitted,
6                                    McGREGOR W. SCOTT
                                     United States Attorney
7
8
                                  By:/s/ Kenneth J. Melikian
9                                    KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
10
11 DATED: August 16, 2007            /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
12                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
13                                   per  authorization by Candace A.
                                     Fry)
14
15
16      IT IS SO ORDERED.
17 Dated:  August 16, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

2