McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 21, 2007.  The parties further stipulate that a status conference be placed on the court's October 12, 2007, calendar.

The United States has conveyed a plea offer to defense counsel.  Defense counsel has made a counter proposal.  The government is still in the process of evaluating and assessing the defendant's proposal.

Accordingly, both parties request that the status conference in this case be continued to October 12, 2007.  Both parties

1

1  agree that time should be excluded through October 12, 2007, from
2  computation under the Speedy Trial Act pursuant to local code T4
3  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
4  reasonable time to prepare her case.

5  DATED: September 20, 2007         Respectfully submitted,

6                                    McGREGOR W. SCOTT
                                     United States Attorney
7
                                     /s/ Kenneth J. Melikian
8
                                     By
9                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
10

11 DATED: September 20, 2007         /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
12                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
13                                   per  authorization by Candace A.
                                     Fry)
14

15

16      IT IS SO ORDERED.

17 September 27, 2007

18

19                                   _____
                                     GARLAND E. BURRELL, JR.
20                                   United States District Judge