McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 16, 2007.  The parties further stipulate that a status conference be placed on the court's December 7, 2007, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are in the process of logistically

1

1  transferring this case to the Western District of Tennessee per
2  Rule 20.
3       Accordingly, both parties request that the status conference
4  in this case be continued to December 7, 2007.  Both parties
5  agree that time should be excluded through December 7, 2007, from
6  computation under the Speedy Trial Act pursuant to local code T4
7  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
8  reasonable time to prepare her case.

9  DATED: November 15, 2007          Respectfully submitted,

10                                   McGREGOR W. SCOTT
                                     United States Attorney
11

12
                                     By:/s/ Kenneth J. Melikian
13                                      KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
14

15 DATED: November 15, 2007          /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
16                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
17                                   per  authorization by Candace A.
                                     Fry)
18

19

20      IT IS SO ORDERED.

21

22 DATED: November 19, 2007
                                     _____
23                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
24

25

26

27

28

2