```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>LAURA AGNEW,<br><br>           Defendant.<br>_____ | CR. NO. S-05-100 GEB<br><br>STIPULATION; ORDER |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for February 22, 2008.  The parties further stipulate that a status conference be placed on the court's March 28, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to

1

1  Fed.R.Crim.P. 20.  The parties are still in the process of
2  logistically transferring this case to the Western District of
3  Tennessee per Rule 20.
4       Accordingly, both parties request that the status conference
5  in this case be continued to March 28, 2008.  Both parties agree
6  that time should be excluded through March 28, 2008, from
7  computation under the Speedy Trial Act pursuant to local code T4
8  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
9  reasonable time to prepare her case.
10 DATED: February 21, 2008            Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                      By:/s/ Kenneth J. Melikian
                                         KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney

16 DATED: February 21, 2008             /s/ Kenneth J. Melikian
                                        CANDACE A. FRY
                                        Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
                                        per authorization by Candace A.
                                        Fry)



21      IT IS SO ORDERED.

22 Dated:  February 22, 2008


                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

2