```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>            Plaintiff,   )<br>  )<br>    v.   )<br>  )<br>LAURA AGNEW,   )<br>  )<br>            Defendant.   )<br>_____) | CR. NO. S-05-100 GEB<br><br>STIPULATION; ORDER |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 28, 2008.  The parties further stipulate that a status conference be placed on the court's April 25, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1 logistically transferring this case to the Western District of
2 Tennessee per Rule 20.
3      Accordingly, both parties request that the status conference
4 in this case be continued to April 25, 2008.  Both parties agree
5 that time should be excluded through April 25, 2008, from
6 computation under the Speedy Trial Act pursuant to local code T4
7 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
8 reasonable time to prepare her case.
9 DATED: March 27, 2008              Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By:/s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney


15 DATED: March 27, 2008              /s/ Kenneth J. Melikian
                                      CANDACE A. FRY
                                      Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
                                      per  authorization by Candace A.
                                      Fry)




20      IT IS SO ORDERED.

Dated:  March 28, 2008


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2