1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| )  Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| )  Defendant. ) | |
| _____ ) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 25, 2008.  The parties further stipulate that a status conference be placed on the court's May 30, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1 logistically transferring this case to the Western District of
2 Tennessee per Rule 20.
3    Accordingly, both parties request that the status conference
4 in this case be continued to May 30, 2008.  Both parties agree
5 that time should be excluded through May 30, 2008, from
6 computation under the Speedy Trial Act pursuant to local code T4
7 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
8 reasonable time to prepare her case.

9 DATED: April 24, 2008            Respectfully submitted,

10                                  McGREGOR W. SCOTT
                                    United States Attorney
11
12
                                    By: /s/ Kenneth J. Melikian
13                                      KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
14

15 DATED: April 24, 2008            /s/ Kenneth J. Melikian
                                    CANDACE A. FRY
16                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
17                                  per  authorization by Candace A.
                                    Fry)
18
19
20    IT IS SO ORDERED.
21 Dated:  April 24, 2008
22
23                                  _____
                                    GARLAND E. BURRELL, JR.
24                                  United States District Judge
25
26
27
28

2