1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-100 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| LAURA AGNEW, | ) | |
| Defendant. | ) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for May 30, 2008.  The parties further stipulate that a status conference be placed on the court's June 27, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1  logistically transferring this case to the Western District of
2  Tennessee per Rule 20.
3      Accordingly, both parties request that the status conference
4  in this case be continued to June 27, 2008.  Both parties agree
5  that time should be excluded through June 27, 2008, from
6  computation under the Speedy Trial Act pursuant to local code T4
7  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
8  reasonable time to prepare her case.
9  DATED: May 29, 2008                Respectfully submitted,

10                                     McGREGOR W. SCOTT
                                       United States Attorney
11
12
                                       By:/s/ Kenneth J. Melikian
13                                        KENNETH J. MELIKIAN
                                          Assistant U.S. Attorney
14
15 DATED: May 29, 2008                  /s/ Kenneth J. Melikian
                                        CANDACE A. FRY
16                                      Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
17                                      per  authorization by Candace A.
                                        Fry)
18
19
20      IT IS SO ORDERED.
21 Dated:  May 29, 2008
22
23                                     _____
                                       GARLAND E. BURRELL, JR.
24                                     United States District Judge
25
26
27
28

2