McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-100 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| LAURA AGNEW, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 27, 2008.  The parties further stipulate that a status conference be placed on the court's August 22, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1 logistically transferring this case to the Western District of
2 Tennessee per Rule 20.
3      Accordingly, both parties request that the status conference
4 in this case be continued to August 22, 2008.  Both parties agree
5 that time should be excluded through August 22, 2008, from
6 computation under the Speedy Trial Act pursuant to local code T4
7 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
8 reasonable time to prepare her case.
9 DATED: June 27, 2008                Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

15 DATED: June 27, 2008               /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                     per authorization by Candace A.
                                     Fry)


20     IT IS SO ORDERED.

21 Dated:  June 27, 2008

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

2