```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| LAURA AGNEW, ) | |
| Defendant. ) | |

    Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for October 17, 2008.  The parties further stipulate that a status conference be placed on the court's November 14, 2008, calendar.

    The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

```
 1  logistically transferring this case to the Western District of
 2  Tennessee per Rule 20.  This process was interrupted by the
 3  prosecutor's recent and unexpected absence from his office.
 4       Accordingly, both parties request that the status conference
 5  in this case be continued to November 14, 2008.  Both parties
 6  agree that time should be excluded through November 14, 2008,
 7  from computation under the Speedy Trial Act pursuant to local
 8  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
 9  defendant reasonable time to prepare her case.
10  DATED: October 16, 2008            Respectfully submitted,
11                                     McGREGOR W. SCOTT
                                       United States Attorney
12
                                       /s/ Kenneth J. Melikian
13
                                       By
14                                        KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
15
16  DATED: October 16, 2008            /s/ Kenneth J. Melikian
                                       CANDACE A. FRY
17                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
18                                     per  authorization by Candace A.
                                       Fry)
19
20
21       IT IS SO ORDERED.
22  Dated:  October 22, 2008
23
24                                     _____
                                       GARLAND E. BURRELL, JR.
25                                     United States District Judge
26
27
28
```

2