```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| v. ) | |
| ) | |
| LAURA AGNEW, ) | |
| ) | |
| ) Defendant. ) | |
| _____) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 14, 2008.  The parties further stipulate that a status conference be placed on the court's December 12, 2008, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1  logistically transferring this case to the Western District of
2  Tennessee per Rule 20.  This process has been interrupted by the
3  prosecutor's recent and unexpected absence from his office.
4       Accordingly, both parties request that the status conference
5  in this case be continued to December 12, 2008.  Both parties
6  agree that time should be excluded through December 12, 2008,
7  from computation under the Speedy Trial Act pursuant to local
8  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
9  defendant reasonable time to prepare her case.

10 DATED: November 13, 2008          Respectfully submitted,

11                                   McGREGOR W. SCOTT
                                     United States Attorney
12
                                     /s/ Kenneth J. Melikian
13
                                     By
14                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
15

16 DATED: November 13, 2008          /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
17                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
18                                   per  authorization by Candace A.
                                     Fry)
19

20

21      IT IS SO ORDERED.
22 Dated:  November 17, 2008

23

24                                   _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
25

26

27

28

2