```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>LAURA AGNEW,                 )<br>                             )<br>            Defendant.       )<br>_____) | CR. NO. S-05-100 GEB<br><br>STIPULATION; ORDER |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for January 16, 2009.  The parties further stipulate that a status conference be placed on the court's February 20, 2009, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1

1  logistically transferring this case to the Western District of
2  Tennessee per Rule 20.  This process has been interrupted by the
3  prosecutor's recent and unexpected absence from his office.
4       Accordingly, both parties request that the status conference
5  in this case be continued to February 20, 2009.  Both parties
6  agree that time should be excluded through February 20, 2009,
7  from computation under the Speedy Trial Act pursuant to local
8  code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the
9  defendant reasonable time to prepare her case.
10 DATED: January 16, 2009           Respectfully submitted,
11                                   McGREGOR W. SCOTT
                                     United States Attorney
12
                                     /s/ Kenneth J. Melikian
13
                                     By
14                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
15
16 DATED: January 16, 2009           /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
17                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
18                                   per  authorization by Candace A.
                                     Fry)
19
20
21      IT IS SO ORDERED.
22 Dated:  January 22, 2009
23
24                                   _____
                                     GARLAND E. BURRELL, JR.
25                                   United States District Judge
26
27
28