```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-05-100 GEB
                                 )
12                  Plaintiff,   )
                                 )   STIPULATION; ORDER
13       v.                      )
                                 )
14  LAURA AGNEW,                 )
                                 )
15                               )
                    Defendant.   )
16  _____)
```

17       Defendant Laura Agnew, through Candace A. Fry, Attorney At
18  Law, and the United States of America, through Assistant U.S.
19  Attorney Kenneth J. Melikian, agree to vacate the status
20  conference scheduled for February 20, 2009.  The parties further
21  stipulate that a status conference be placed on the court's
22  March 27, 2009, calendar.

23       The United States and the defendant have reached an
24  agreement to settle this case.  As the defendant's health
25  prevents her from being able to travel from her home in Memphis
26  to the courthouse in Sacramento, this agreement contemplates a
27  guilty plea in the Western District of Tennessee pursuant to
28  Fed.R.Crim.P. 20.  The parties are still in the process of

1

1  logistically transferring this case to the Western District of
2  Tennessee per Rule 20.  This process has been interrupted by the
3  prosecutor's recent and unexpected absence from his office.
4        Accordingly, both parties request that the status conference
5  in this case be continued to March 27, 2009.  Both parties agree
6  that time should be excluded through March 27, 2009, from
7  computation under the Speedy Trial Act pursuant to local code T4
8  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
9  reasonable time to prepare her case.
10 DATED: February 19, 2009          Respectfully submitted,
11                                   McGREGOR W. SCOTT
                                     United States Attorney
12
13
                                     By: /s/ Kenneth J. Melikian
14                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
15
16 DATED: February 19, 2009          /s/ Kenneth J. Melikian
                                     CANDACE A. FRY
17                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
18                                   per  authorization by Candace A.
                                     Fry)
19
20
21      IT IS SO ORDERED.
22 Dated:  February 26, 2009
23
24                                   _____
                                     GARLAND E. BURRELL, JR.
25                                   United States District Judge
26
27
28

2