LAWRENCE G. BROWN
Acting United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-100 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| LAURA AGNEW, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Laura Agnew, through Candace A. Fry, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 27, 2009.  The parties further stipulate that a status conference be placed on the court's April 24, 2009, calendar.

The United States and the defendant have reached an agreement to settle this case.  As the defendant's health prevents her from being able to travel from her home in Memphis to the courthouse in Sacramento, this agreement contemplates a guilty plea in the Western District of Tennessee pursuant to Fed.R.Crim.P. 20.  The parties are still in the process of

1  logistically transferring this case to the Western District of

2  Tennessee per Rule 20.  This process has been interrupted by the

3  prosecutor's recent and unexpected absence from his office.

4      Accordingly, both parties request that the status conference

5  in this case be continued to April 24, 2009.  Both parties agree

6  that time should be excluded through April 24, 2009, from

7  computation under the Speedy Trial Act pursuant to local code T4

8  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant

9  reasonable time to prepare her case.

10 DATED: March 26, 2009              Respectfully submitted,

11                                    LAWRENCE G. BROWN
                                      Acting United States Attorney
12

13
                                      By: /s/ Kenneth J. Melikian
14                                    KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
15

16 DATED: March 26, 2009              /s/ Kenneth J. Melikian
                                      CANDACE A. FRY
17                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
18                                    per  authorization by Candace A.
                                      Fry)
19

20     IT IS SO ORDERED.

21
   Dated:  March 30, 2009
22

23 _____
   GARLAND E. BURRELL, JR.
24 United States District Judge

25

26

27

28

2