LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>       Plaintiff,          )<br>                            )<br>     v.                     )<br>                            )<br> LAURA AGNEW,               )<br>                            )<br>       Defendant.           )<br>                            )<br>_____) | CR. NO. S-05-100 GEB<br><br>Stipulation to Continue Status<br>Conference and [Proposed] Order<br><br>Date: July 24, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, LAURA AGNEW, through her attorney, Candace A. Fry, to vacate the status conference set for July 24, 2009, at 9:00 a.m. and reschedule the status conference to August 28, 2009, at 9:00 a.m.

The Government requests this continuance because the case has recently been referred to the Misdemeanor Unit at the United States Attorney's Office, due to the departure of the assigned Assistant United States Attorney.  The case file is voluminous and the Government needs additional time to review the reports in the file.

1

Accordingly, both parties agree that time should be excluded through August 28, 2009, from computation of time under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(7)(B)(iv)) in order to provide the Government continuity of counsel and time to prepare.

DATED: July 17, 2009
                     LAWRENCE G. BROWN
                     Acting United States Attorney

                     By: /s/ Matthew C. Stegman
                     MATTHEW C. STEGMAN
                     Assistant U.S. Attorney

                     /s/ Matthew C. Stegman

DATED: July 17, 2009
                     CANDACE A. FRY
                     Attorney for Defendant
                     (Signed by Matthew C. Stegman
                     per authorization from Candace
                     A. Fry)

O R D E R

IT IS SO ORDERED:

Dated:  July 20, 2009

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge