CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAURA AGNEW,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-100-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **STATUS CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| LAURA AGNEW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matters for August 28, 2009, be continued to October 2, 2009, at 9:00 a.m.

This continuance is sought by the parties because they are engaged in negotiating the particulars of a misdemeanor disposition of this matter, with resolution anticipated during the month of September. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through October 2, 2009, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

1  Dated: August 27, 2009                    /s/ Candace A. Fry
2                                            CANDACE A. FRY, Attorney for
                                             LAURA AGNEW, Defendant
3

4  Dated: August 27, 2009                    LAWRENCE G. BROWN,
                                             Acting United States Attorney
5
                                        By   /s/ Candace A. Fry for
6                                            MATTHEW STEGMAN, Assistant
                                             United States Attorney
7
                                             (Signed for Mr. Stegman with
8                                            his prior authorization)

9

10                              **O R D E R**

11

12  IT IS SO ORDERED.

13  Dated: August 31, 2009

14

15  _____
    GARLAND E. BURRELL, JR.
16  United States District Judge

-2-