LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| Plaintiff, ) | Stipulation to Continue Status Conference and Order |
| v. ) | Date: October 2, 2009 |
| LAURA AGNEW, ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, LAURA AGNEW, through her attorney, Candace A. Fry, to vacate the status conference set for October 2, 2009, at 9:00 a.m. and reschedule the status conference to November 20, 2009, at 9:00 a.m.

The Government requests this continuance because the case has recently been referred to Assistant United States Attorney Matthew Stegman, due to the departure of the previously assigned Assistant United States Attorney.  The case file is voluminous and the Government and defense attorney need additional time to discuss the evidence in this case, and the defense attorney needs
///

1

additional time to present a newly-made offer for disposition to the defendant.

Accordingly, both parties agree that time should be excluded through November 20, 2009, from computation of time under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(B)(iv) and 18 U.S.C. § 3161(h)(7)(A)) in order to provide the Government continuity of counsel and time to prepare.

DATED: October 1, 2009          LAWRENCE G. BROWN
                                United States Attorney

                            By: /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


                                /s/ Matthew C. Stegman
DATED: October 1, 2009          _____
                                CANDACE A. FRY
                                Attorney for Defendant
                                (Signed by Matthew C. Stegman
                                per authorization from Candace
                                A. Fry)

_____

O R D E R

IT IS SO ORDERED:

Dated:  October 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge