1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for LAURA AGNEW,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-05-100-GEB
                                  )
12              Plaintiff,        )
                                  )  **STIPULATION AND ORDER CONTINUING**
13       v.                       )  **STATUS CONFERENCE AND EXCLUDING**
                                  )  **TIME**
14 LAURA AGNEW,                   )
                                  )
15              Defendant.        )
                                  )
16 _____)

17

18      It is hereby stipulated and agreed by and between the parties

19 hereto, through their respective counsel, that the status conference

20 presently scheduled in the above matter for November 20, 2009, be

21 continued to January 8, 2010, at 9:00 a.m.

22      This continuance is sought by the parties to finalize their

23 agreement as to a misdemeanor disposition of this matter. Accordingly,

24 the parties agree that time under the Speedy Trial Act shall be

25 excluded through January 8, 2010, to provide reasonable time for

26 defense preparation of the case, pursuant to 18 U.S.C.

27 §3161(h)(7)(B)(iv) (Local Code T4).

28                              ///

                                -1-

1 | Dated: November 19, 2009                    /s/ Candace A. Fry
2 |                                             CANDACE A. FRY, Attorney for
  |                                             LAURA AGNEW, Defendant
3 |
4 | Dated: November 19, 2009                    BENJAMIN WAGNER,
  |                                             United States Attorney
5 |
6 |                                      By     /s/ Candace A. Fry for
  |                                             MATTHEW STEGMAN, Assistant
  |                                             United States Attorney
7 |
8 |                                             (Signed for Mr. Stegman with
  |                                             his prior authorization)
9 |
10 |                          **O R D E R**

12 | IT IS SO ORDERED.

13 | Dated:  November 25, 2009

15 | _____
   | GARLAND E. BURRELL, JR.
16 | United States District Judge