CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LAURA AGNEW,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-05-100-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| v. ) | **STATUS CONFERENCE AND EXCLUDING** |
| ) | **TIME** |
| LAURA AGNEW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in the above matter for January 8, 2010, be continued to February 12, 2010, at 9:00 a.m.

This continuance is sought by the parties to finalize their agreement for a misdemeanor disposition of this matter; a proposed plea agreement has been received.  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 12, 2010, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

///

-1-

1  Dated: January 7, 2010                    /s/ Candace A. Fry
                                          CANDACE A. FRY, Attorney for
2                                         LAURA AGNEW, Defendant

3

4  Dated: January 7, 2010                 BENJAMIN WAGNER,
                                          United States Attorney
5
                                    By    /s/ Candace A. Fry for
6                                         MATTHEW STEGMAN, Assistant
                                          United States Attorney
7
                                          (Signed for Mr. Stegman with
8                                         his prior authorization)

9

10                                **O R D E R**

11

12  IT IS SO ORDERED.

13  Dated:  January 20, 2010

14

15                                 _____
                                   GARLAND E. BURRELL, JR.
16                                 United States District Judge