1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone: (916) 446-9322
   FAX: (916) 446-0770
4
   Attorney for LAURA AGNEW,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-05-100-GEB
                                  )
12              Plaintiff,        )
                                  )  **ORDER PERMITTING ENTRY OF PLEA**
13        v.                      )  **AND SENTENCING IN ABSENCE OF**
                                  )  **DEFENDANT**
14 LAURA AGNEW,                   )     (F.R.Cr.P. 43(b)(2))
                                  )
15              Defendant.        )
                                  )
16 _____ )

17

18      The defendant, LAURA AGNEW, has filed herein her Consent to Entry

19 of Plea and Sentencing in Her Absence, agreeing that her interests will

20 be deemed represented by the presence of her attorney the same as if

21 she were personally present.

22      Under the terms of that certain Memorandum of Plea Agreement

23 Pursuant to Rule 11(c)(1)(B) entered into by and between the defendant

24 and the Government, the defendant will plead guilty to the offense of

25 Financial Aid Fraud, in violation of 20 U.S.C. §1097(a), a misdemeanor.

26      The defendant resides in Memphis, Tennessee, is 74 years of age

27 and, as previously documented to the Government, suffers from

28                                 ///

myriad chronic health conditions resulting in her physician's advice that she is unable to travel to California.

Counsel for the Government does not oppose plea, judgment and sentencing in the defendant's absence.

Accordingly, good cause having been shown,

IT IS HEREBY ORDERED:

1. Entry of plea by defendant LAURA AGNEW, entry of judgment and sentencing of said defendant shall be permitted without her personal appearance as allowed by Federal Rule of Criminal Procedure 43(b)(2).

2. After entry of plea and sentencing, this Court shall make such other orders, as necessary, requiring the defendant to be fingerprinted and processed at a federal facility and to report to a Probation Officer, all in the Western District of Tennessee where the defendant resides.

Dated: February 10, 2010         /s/ Candace A. Fry
                                 CANDACE A. FRY, Attorney for
                                 LAURA AGNEW, Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: February 12, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

agnew.ord

-2-