BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-05-100 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE AND ORDER** |
| v. ) | |
| ) | Date: March 19, 2010 |
| LAURA AGNEW, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, LAURA AGNEW, through her attorney, Candace A. Fry, to vacate the status conference set for March 19, 2010, at 9:00 a.m. and reschedule the status conference to April 9, 2010, at 9:00 a.m.

This continuance is requested to allow the defendant to sign and file the necessary documents for an entry of plea to a misdemeanor charge in her absence.  Currently, the entry of plea is scheduled for March 22, 2010, before Magistrate Judge Drozd.

Accordingly, both parties agree that time should be excluded through April 9, 2010, from computation of time under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(B)(iv)

1

and 18 U.S.C. § 3161(h)(7)(A)) in order to provide the defendant time to prepare.

DATED: March 8, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Daniel McConkie for:
MATTHEW C. STEGMAN
Assistant U.S. Attorney

DATED: March 8, 2010

/s/ Candace A. Fry
CANDACE A. FRY
Attorney for Defendant

O R D E R

IT IS SO ORDERED:

Dated:  March 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2