BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-05-100-GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS INDICTMENT** |
| v. | ) | **AGAINST LAURA AGNEW AND ORDER** |
| | ) | |
| LAURA AGNEW, | ) | DATE: April 9, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Hon. Garland E. Burrell |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Indictment as to Laura Agnew filed on March 10, 2005, and vacating the status conference set for April 9, 2010.

///
///
///
///
///

1    The defendant pled guilty and was sentenced on March 22, 2010,
2 to a misdemeanor charge contained in the Information filed on March
3 22, 2010.

4 DATED: March 23, 2010.        BENJAMIN B. WAGNER
                                United States Attorney

                          By: /s/ Matthew C. Stegman
                              MATTHEW C. STEGMAN
                              Assistant United States Attorney


O R D E R

IT IS SO ORDERED:

Dated:   March 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge




_____
HON. GARLAND E. BURRELL, JR.
United States District Judge

2